**MISSOURI UNION OF LAW EN-
FORCEMENT LOCAL NO. 57,
et al., Plaintiffs–Appellants,**

v.

**CITY OF HAZELWOOD, et al.,
Defendants–Respondents.**

No. ED 80002.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 2, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 28, 2002.

Application for Transfer Denied
Aug. 27, 2002.

John H. Goffstein, St. Louis, MO, for
appellants.

Kevin M. O'Keefe, Clayton, MO, for re-
spondents.

Before SHERRI B. SULLIVAN, P.J.,
LAWRENCE G. CRAHAN and
LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

The appellants, Missouri Union of Law
Enforcement Local No. 57, Kenneth Un-
ger, Marcella Unger, and Russell Craven,
appeal the trial court's grant of summary
judgment regarding Hazelwood municipal
charter provisions restricting political ac-
tivity by city employees. No error of law
appears. A written opinion reciting the
detailed facts and restating the principles
of law would have no precedential value.
However, the parties have been furnished
with a memorandum opinion, for their in-
formation only, setting forth the facts and
reasons for this order.

We affirm the judgment pursuant to
Rule 84.16(b)(5).